UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA

        -v-

JAMILA DAVIS, et al.

Criminal No.: 05-482-JLL

Jury Communication #___1___

CAN WE GET COPIES OF

the JURY BINDERS

USED DURING THE TRIAL?

Too graph also need a
calope on me.

DATE: _____ 9/__/ 7  (2:55pm)

UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA

Criminal No.: 05-482-JLL

Jury Communication # 2

-v-

JAMILA DAVIS, et al.

---

ARE WE PERMITTED TO USE
OUR CELL PHONES?

HOW LATE WILL WE BE OUT/ TODAY?

DATE: _____9/ / (3:50 pm)

UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY


UNITED STATES OF AMERICA

-v-

JAMILA DAVIS, et al.

Criminal No.: 05-482-JLL

Jury Communication #3

---

WE HAVE A VERDICT.

DATE: _____ 9/20/07 _____ (4:50 pm)