NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal No.: 05-482 (JLL) |
|---|---|
| Plaintiffs, | |
| v. | |
| BRENDA RICKARD and JAMILA DAVIS, | ORDER |
| Defendants. | |

This matter, having come before the Court by way of Defendant Jamila Davis' ("Defendant") request for continuance of her sentencing hearing, currently scheduled for Wednesday, June 25, 2008, and the Court, having considered Defendant's request, as well as the government's opposition thereto,

IT IS on this **20th day of June, 2008,**

**ORDERED** that the sentencing hearing for Defendant, Jamilia Davis, is hereby continued to **Wednesday, July 16, 2008 at 1:30 p.m.**; and it is further

**ORDERED** that, to the extent Defendant wishes to submit a sentencing memorandum, such memorandum shall be submitted no later than **Friday, June 27, 2008.**

**IT IS SO ORDERED.**

José L. Linares
United States District Judge