UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK

| | |
|---|---|
| Judge: JOSE L. LINARES | Date: 07-16-08 |
| Court Reporter: PHYLLIS LEWIS | Docket No: 05cr482-JLL-01 |

Title of the Case:

UNITED STATES OF AMERICA
v.
JAMILA DAVIS a/k/a Jamila Baker

Appearances:

Donna Galluccio & Jenny Kramer - AUSA
Thomas H. Nooter & John Fahy – Attorney for Defendant

Additional Appearance:   Joanne Young, USPO
                         Ken Rowan, USPTS

Nature of Proceedings: **Sentence**

Hearing on Deft's application to objection to leadership role enhancement. DENIED
Hearing on Deft's application to exclusion of paragraphs from the PSR. DENIED.
Hearing re: the $1million dollar gross receipts. DENIED.

SENTENCE:   **151 months** (60 on Count 1 & 151 on each of Cts 2-7 of the Superceding Indictment (all terms to run concurrent)
SUPERVISED RELEASE:   **5 years** (3 years on Count 1 & 5 years on each of Cts. 2-7 of the Superceding Indictment (all terms to run concurrent)
SPECIAL CONDITIONS:
- Full Financial Disclosure
- No New Debt
- Occupational Restriction
- DNA Collection

Special Assessment:  $700.00  due immediately ($100 on each Ct. of Superceding Indictment)
Restitution: $12,487,227.51
Defendant was advised of his right to appeal.
Court makes following recommendation to BOP:  a facility near the Deft's home in New York
Court ORDERED Deft. REMANDED
Hearing on Deft's application that Deft. not be remanded. Court ORDERED application DENIED.

Commenced: 1:00 p.m.
Concluded:  3:00 p.m.

*Lissette Rodriguez*
Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.