DDG:2005R00412

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jose L. Linares |
| v. | : Crim. No. 05-482 (JLL) |
| JAMILA DAVIS | : ORDER FOR TIME EXTENSION |
| | : FOR FILING RULE 33 MOTION |

This matter having been opened to the Court by defendant Jamila Davis, pro se appearing, for an Order extending the time to file a Rule 33 motion for a period of thirty (30) days, and Paul J. Fishman, United States Attorney for the District of New Jersey (Donna Gallucio, Assistant U.S. Attorney, appearing) having no objection to the form and entry of this Order, and for good cause shown;

It is on this __28__ day of September, 2010,

ORDERED that the time to file a Rule 33 motion shall be extended for a period of thirty (30) days to October 20, 2010.

HON. JOSE L. LINARES
United States District Judge