**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700          973/645-2786
*Newark, NJ 07102*

December 1, 2010

Hon. Jose L. Linares
United States District Judge
Martin Luther King, Jr. Federal
   Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: <u>United States v. Davis, Crim. No. 05-482 (JLL)</u>

Dear Judge Linares:

    In connection with the Rule 33 Motion for New Trial filed by defendant Jamila Davis and in accordance with the Court's instructions, I have attached a proposed form of order setting forth certain filing deadlines.

     If the order meets with your approval, please execute the order and kindly cause it to be entered.

                              Respectfully yours,

                              PAUL J. FISHMAN
                              United States Attorney

                              s/ Donna Gallucio

                              By: DONNA GALLUCIO
                              Assistant U.S. Attorney

c: Jamila Davis

DDG:2005R00412

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Crim. No. 05-482 (JLL) |
| | : | |
| JAMILA DAVIS | : | SCHEDULING ORDER |

This matter having been opened to the Court by defendant Jamila Davis, <u>pro se</u> appearing, on a Motion for New Trial, pursuant to Rule 33 of the Federal Rules of Criminal Procedure;

It is on this _____ day of December, 2010,

ORDERED that:

The Government shall file a response to such motion on or before December 17, 2010; and

The defendant. shall file any reply papers on or before January 14, 2011.

_____
HON. JOSE L. LINARES
United States District Judge