DDG:2005R00412

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 05-482 (JLL) |
| JAMILA DAVIS | : | SCHEDULING ORDER |

This matter having been opened to the Court by defendant Jamila Davis, pro se appearing, on a Motion for New Trial, pursuant to Rule 33 of the Federal Rules of Criminal Procedure;

It is on this _2nd_ day of December, 2010,

ORDERED that:

The Government shall file a response to such motion on or before December 17, 2010; and

The defendant. shall file any reply papers on or before January 14, 2011.

This motion shall be returnable on February 7, 2011.

_____
HON. JOSE L. LINARES
United States District Judge