2005R00412
DG/JA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Jose L. Linares |
| Plaintiff, | : | Criminal No. 05-482 |
| v. | : | |
| | | FINAL ORDER OF FORFEITURE |
| JAMILA DAVIS, a/k/a "Jamila Baker"; and | : | |
| | : | |
| BRENDA RICKARD Defendants. | : | |
| | : | |

**WHEREAS,** on October 11, 2007, an Order of Forfeiture was entered in the above-referenced case between the United States and the Defendant, Jamila Davis, pursuant to the terms of a Plea Agreement under which Defendant Jamila Davis agreed, pursuant to Title 18, United States Code, Section 982, to the forfeiture of a sum of money equal to $14,195.000.00.00 in United States currency, representing the amount of proceeds obtained as a result violations of 18 U.S.C. § 1344(d), including but not limited to:

> a) $24,485.71 in United States currency seized from account number 9417879920 held in the name of Diamond Star Financial at Fleet Bank; and

> b) $27,174.70 in United States currency seized from account number 76-2701988-3 held in the name of Hosea N. Davis

1

**WHEREAS**, From May 14, 2010 to June 12, 2010, the United States posted notice of publication on www.forfeiture.gov, an official internet government forfeiture site, describing the above-referenced assets with reasonable particularity and informing third parties claiming an interest in the asset of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the asset, the need to file an answer not later than twenty (20) days after filing of such claim, and the name of the government attorney to be served with the claim and answer. (See Declaration of Donna Gallucio, Exhibit A)

**WHEREAS,** no claims have been filed on the property by any third parties.

**THEREFORE** it is hereby **ORDERED, ADJUDGED AND DECREED**:

**THAT** the herein described assets, namely a sum of money equal to $14,195.000.00 in United States currency, representing the amount of proceeds obtained as a result violations of 18 U.S.C. § 1344(d), including but not limited to:

> a)  $24,485.71 in United States currency seized from account number 9417879920 held in the name of Diamond Star Financial at Fleet Bank; and

> b) $27,174.70 in United States currency seized from account number 76-2701988-3 held in the name of Hosea N. Davis

2

is hereby forfeited to the United States of America for disposition in accordance

with the law and that no right, title or interest in the asset shall exist in any

other party; and

**THAT** any and all forfeited funds, including but not limited to currency,

currency equivalents and certificates of deposits, as well as any income derived

as a result of the Internal Revenue Service-Criminal Investigation management

of any property forfeited herein, after the payment of costs and expenses

incurred in connection with the forfeiture and disposition of the forfeited

property, shall be deposited forthwith by the Internal Revenue Service-Criminal

Investigation  into the Department of the Treasury Forfeiture Fund, in

accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this _____ day of February, 2011.

Honorable Jose L. Linares
United States District Judge

3