*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

| | |
|---|---:|
| *970 Broad Street, Suite 700* | *973/645-2786* |
| *Newark, NJ 07102* | |

April 8, 2011

Hon. Jose L. Linares
United States District Judge
Martin Luther King, Jr. Federal
  Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: United States v. Davis, et al., Crim. No. 05-482 (JLL)

Dear Judge Linares:

      In response to defendant Brenda Rickard's April 8th letter, the Government will be sending to the defendant, by first class mail, to the address listed below, by close of business today, document # 176 (Government's Memo of Law in opposition to Davis' Motion for a New Trial); document # 179 (Davis' Reply to the Government's Opposition); and a current docket sheet.

      Very truly yours,

      PAUL J. FISHMAN
      United States Attorney

      s/ Donna Gallucio

      By: DONNA GALLUCIO
      Assistant U.S. Attorney

c: Brenda Rickard (w/enclosures)
   Register No. 27278-050
   Danbury Correctional Institution
   33 ½ Pembroke Road
   Danbury, CT 06811